IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| H-D MICHIGAN, LLC, a Michigan limited liability company and HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC d/b/a HARLEY-DAVIDSON MOTOR COMPANY, a Wisconsin limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>GALAN ENTERPRISES, INC., an Arizona corporation,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Honorable Paul D. Borman<br><br>Civil Action No. 2:11-cv-11619-PDB-PJK |

### STIPULATED DISMISSAL WITH PREJUDICE

Plaintiffs H-D Michigan, LLC and Harley-Davidson Motor Company Group, LLC d/b/a/ Harley-Davidson Motor Company and Defendant Galan Enterprises, Inc. have settled this matter. Pursuant to Fed. R. Civ. P. 41(a), the parties stipulate to the dismissal with prejudice of all claims in this case.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a) and for good cause shown, IT IS HEREBY ORDERED that all claims in this case are dismissed with prejudice.

Date: December 14, 2011

_____
Honorable Paul D. Borman

10113232.1

IT IS SO STIPULATED:

| | |
|---|---|
| Dated: December 12, 2011 | Respectfully submitted, |
| PLAINTIFFS H-D MICHIGAN, LLC and HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC d/b/a HARLEY-DAVIDSON MOTOR COMPANY | GALAN ENTERPRISES, INC. |

By: __/s/ Deborah Swedlow__
Deborah J. Swedlow (P67844)
Jason R. Abel (P70408)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
130 S. First Street
4th Floor
Ann Arbor, Michigan 48104-1386
Telephone: (734) 418-4268
Facsimile: (734) 418-4269
bswedlow@honigman.com

By: /s/ Michael A. Cordier   w/ consent
Michael A. Cordier
DECONCINI MCDONALD YETWIN & LACY, P.C.
7310 N. 16th Steet, Suite 330
Phoenix, Arizona 85020
Telephone: (602) 282-0508
Facsimile: (602) 282-0520
mcordier@dmylphx.com